1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2  Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar No. 167249
3  Email: lchapman@sheppardmullin.com
Four Embarcadero Center, Suite 1700
4  San Francisco, CA 94111-4109
Telephone: (415) 774-2965
5  Facsimile:  (415) 434-3947

6  Counsel for Plaintiff
PLM Operations, LLC
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  PLM OPERATIONS, LLC,                          Case No. 3:21-cv-04669-JCS

12          Plaintiff,                            **NOTICE OF SETTLEMENT AND**
                                                  **REQUEST FOR ENTRY OF**
13       v.                                       **CONSENT JUDGMENT AND**
                                                  **PERMANENT INJUNCTION**
14  TERESITA FERNANDEZ, and DOES 1-5,
inclusive,
15
            Defendants.
16

17

18  TO THE COURT:

19      Plaintiff PLM Operations, LLC ("Plaintiff") and Defendant Teresita Fernandez

20  ("Defendant") (collectively the "Parties") have entered into a written settlement agreement, pursuant

21  to which, among other things, they consent to entry of consent judgment and permanent injunction.

22  Plaintiff respectfully submits the attached [Proposed] Consent Judgment and Permanent Injunction.

23      Dated:  August 5, 2021

24                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

25

26      By:_____/s/ Laura L. Chapman_____
                          LAURA L. CHAPMAN
27               Attorneys for Plaintiff PLM Operations LLC

28

1   PROOF OF SERVICE

2   STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3       At the time of service, I was over 18 years of age and **not a party to this action**.  I am
4   employed in the County of San Francisco, State of California.  My business address is Four
    Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

5       On August 5, 2021, I served a true copy of the following document(s) described as
    **NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF CONSENT JUDGMENT**
6   **AND PERMANENT INJUNCTION** on the interested parties in this action as follows:

7                               Teresita Fernandez
                                teresita9296@gmail.com
8
        **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on an agreement of the
9   parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent
    from e-mail address shikim@sheppardmullin.com to the persons at the e-mail addresses listed
10  above.  I did not receive, within a reasonable time after the transmission, any electronic message
    or other indication that the transmission was unsuccessful.

11
        I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct and that I am employed in the office of a member of the bar of this
    Court at whose direction the service was made.

13
        Executed on August 5, 2021, at San Francisco, California.
14

15

16

17                                                          Shirlyn Kim

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-04669-JCS

SMRH:4841-0419-9668.1